

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-21-00401-CV

───────────────────────

IN RE D.B., Relator

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court No. CV16-00788, CV20-00209

Before Womack, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: December 2, 2021